```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11916
    JESUS E CASTILLO
    MARIA CASTILLO                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
             Debtor
    SSN XXX-XX-7494     SSN XXX-XX-6980

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/03/07 .

    2.  The case was dismissed without confirmation, 07/20/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00          .00          .00
PRINCIPAL PAID           .00         .00         .00          .00          .00
INTEREST PAID            .00         .00         .00          .00          .00
TOTAL PAID               .00         .00         .00          .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $        .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




      Dated: 10/09/07                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 11916 JESUS E CASTILLO & MARIA CASTILLO